ACCEPTED
14-14-01004-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/25/2014 6:40:22 PM
CHRISTOPHER PRINE
CLERK

# MILLS SHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/29/2014 3:00:00 PM

CHRISTOPHER A. PRINE
Clerk

December 25, 2014

Re:    Case No. 14-14-01004-CV; *Joseph Cox and Roxanne Tomaiolo v. Galveston County Water Control & Improvement District #12 and Municipal District Services, LLC* –
        In the Fourteenth Court of Appeals, Houston, Texas;
        Trial Court Case No. 13-CV-1104

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
Harris County 1910 Courthouse
301 Fannin, Suite 245
Houston, TX 77002

Dear Mr. Prine:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, this letter is notice of my appearance as lead counsel representing Appellee Galveston County Water Control & Improvement District #12. Please note my representation as lead attorney on the Court's docket.

All other counsel are being notified of my appearance by copy of this letter.

Sincerely,

/s/ *George W. Vie III*

State Bar No. 20579310

GWV/kc

cc:

George F. May
Twomey May, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
*george@twomeymay.com*

     Attorney for Appellants

Larry A. Vick
Law Offices of Larry Vick
908 Town & Country Blvd., Suite 120
Houston, TX 77024
*lv@larryvick.com*

     Attorney for Appellants

James N. Isbell
Thompson Coe Cousins  & Irons LLP
One Riverway Suite 1400
Houston, Texas 77056
*jisbell@thompsoncoe.com*

     Attorneys for Municipal District Services, LLC